# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR BENITEZ, | 1:08-cv-00654-LJO-DLB (HC) |
|     Petitioner, | |
|   vs. | ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |
| KATHY MENDOZA-POWERS, | |
|     Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

    Dated:   **June 6, 2008**              **/s/ Dennis L. Beck**
                                                   UNITED STATES MAGISTRATE JUDGE